```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


1215 PINE, LLC, and                )
THE 1215 PINE PARTNERSHIP,         )
                                   )
              Plaintiffs,          )
                                   )
      vs.                          )    No. 4:05-CV-1532 (CEJ)
                                   )
THE TRAVELERS INSURANCE            )
COMPANY, et al.,                   )
                                   )
              Defendants.          )
```

### ORDER

In accordance with the stipulation of the parties,

**IT IS HEREBY ORDERED** that plaintiffs' first amended complaint is **dismissed with prejudice**. The parties shall bear their own costs and attorneys' fees.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 27th day of December, 2006.